IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                               13-cv-406-wmc

THE DEPARTMENT OF WORKFORCE
DEVELOPMENT, Division of Vocational
Rehabilitation,
MR. RANDY SOMMERFIELD and
MR. HOWARD BERNSTEIN,

    Defendants.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |